**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01643-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

FELIX PAUL OLGUIN,

    Plaintiff,

v.

WARDEN TRAVIS TRANI, and
ALL OTHERS WHO ARE ACTUALLY RESPONSIBLY, ETC.,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Felix Paul Olguin currently is in the custody of the Colorado Department of Corrections incarcerated at the Colorado State Penitentiary in Canon City, Colorado. On July 31, 2015, Plaintiff submitted a partial Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a document titled "Motion and Brief for a Permanent Injunction and for Immediately and Proper Relief and Intervention and Motion for Temporary Restraining Order and Preliminary Injunction."

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that Plaintiff's filings are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    __   is not submitted

(2) ___ is missing affidavit
(3) ___ is missing prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) _X_ is missing **signed authorization** to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) ___ is not on proper form
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_ other : The § 1915 form Plaintiff submitted is incomplete.

**Complaint, Petition or Application**:
(11) ___ is not submitted
(12) _X_ is not on proper form
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other:

Accordingly, it is

ORDERED that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty days** from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff obtain the Court-approved forms for filing a Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff is to use the forms in curing the noted deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED August 4, 2015, at Denver, Colorado.

                                                BY THE COURT:

                                                 s/ Gordon P. Gallagher
                                                United States Magistrate Judge